UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ADRIAN DAVID CARRERO SILVA,

Petitioner,

v. Case No.: 2:26-cv-02391-SPC-NPM

WARDEN, GLADES COUNTY DETENTION CENTER *et al.*,

Respondents.

_______________________________/

**OPINION AND ORDER**

Before the Court are Adrian David Carrero Silva's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 4).

Carrero Silva is a native and citizen of Venezuela who entered the United States on January 9, 2022. The Department of Homeland Security (DHS) apprehended him, commenced removal proceedings, and released him under an order of release on recognizance. Carrero Silva has complied with all terms of the order and timely applied for asylum. He has no criminal history. On August 13, 2026, Carrero Silva reported to Immigration and Customs Enforcement (ICE) for a check-in appointment, and ICE detained him. Carrero Silva constructively filed his habeas petition on August 16, 2026, arguing his detention without a bond hearing violated the Fifth Amendment. At the time

he filed the petition, Carrero Silva was entitled to a bond hearing as a noncitizen detained under 8 U.S.C. § 1226(a). But that is no longer true.

On August 24, 2026, Carrero and DHS filed a Joint Motion for Voluntary Departure. An immigration judge granted the joint motion on August 26, 2026. Federal regulation allows the government to attach conditions to voluntary departure, including "continued detention pending departure." 8 C.F.R. § 240.25(b). The voluntary departure agreement makes Carrero Silva's request for a bond hearing moot, and there is no apparent constitutional problem here because Carrero Silva's detention is not indefinite. He has agreed to leave the United States by September 25, 2026. If he does not, the voluntary departure order becomes an administratively final removal order, and Carrero Silva's detention without a bond hearing will be lawful under 8 U.S.C. § 1231. Accordingly, Carrero Silva's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on August 31, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record